IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:14mj255 |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| STEPONE DEANGELO CALDWELL ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court, to protect the secrecy of the ongoing investigation and enable the arrest of Stepone Deangelo Caldwell.

IT IS HEREBY ORDERED that the Criminal Complaint, supporting Affidavit, Arrest Warrant, this Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 2nd day of December, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE